IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, et al., | No. 2:16-cv-0036-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| AMERICAN CORRECTIONAL SOLUTIONS, et al., | |
| Respondent. | |

Petitioner, a pretrial detainee proceeding pro se, brings this petition for a writ of habeas corpus on behalf of his cellmate, Marco Barrera, also a pretrial detainee. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: May 19, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE